In re Paul de Holczer

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 In Re: Paul D. de Holczer, Appellant.
 
 
 

Appeal From Jasper County
J. Michael Baxley, Circuit Court Judge

Memorandum Opinion No. 2005-MO-059
Heard November 1, 2005 - Filed December 12, 2005

AFFIRMED

 
 
 
B. Michael Brackett, of Moses, Koon & Brackett, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott and Assistant Attorney General Deborah R. J. Shupe, all of Columbia, for Respondent.
 
 
 

PER CURIAM:   Affirmed pursuant to Rule 220(b)(1), SCACR, and the following authorities:  Wilder Corp. v. Wilke, 330 S.C. 71, 76, 497 S.E.2d 731, 733 (1998) ("It is axiomatic that an issue cannot be raised for the first time on appeal, but must have been raised to and ruled upon by the trial judge to be preserved for appellate review."); Grant v. South Carolina Coastal Council, 319 S.C. 348, 461 S.E.2d 388 (1995) (due process claim raised for the first time on appeal is not preserved).  
 TOAL, C.J., WALLER, BURNETT, PLEICONES, JJ., and Acting Justice Diane S. Goodstein, concur.